# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3805

_____

| | | |
|---|---|---|
| Gloria Quinones, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Missouri. |
| Eric K. Shinseki, Secretary of Veteran | * | |
| Affairs, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: July 28, 2010
Filed: August 2, 2010

_____

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

_____

PER CURIAM.

Gloria Quiñones[1] appeals the district court's[2] dismissal of her Title VII action claiming employment discrimination. After careful de novo review, see Coons v. Mineta, 410 F.3d 1036, 1039 (8th Cir. 2005); we agree with the district court that the

_____

[1]The record shows that Quiñones spells her name with a tilde over the first "n" in her name, despite how it appears on the docket sheet.

[2]The Honorable Thomas C. Mummert, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

record conclusively shows Quiñones failed to exhaust her administrative remedies because she did not timely file her formal discrimination complaint, see McAdams v. Reno, 64 F.3d 1137, 1141 (8th Cir. 1995) (exhaustion requirement). Further, Quiñones has failed to show that exceptional circumstances beyond her control contributed to the untimely filing for purposes of equitable tolling. See T.L. ex rel. Ingram v. United States, 443 F.3d 956, 963 (8th Cir. 2006) (discussing equitable tolling).

Accordingly, we affirm the judgment of the district court.

_____